PAYNE & FEARS LLP

ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID BRYANT,<br><br>    Plaintiffs,<br><br>v.<br><br>ABM PARKING SERVICES; DOES 1 through 20, inclusive;<br>    Defendants. | Case No. 2:17-cv-04378-PA (FFMx)<br><br>[Removed from Los Angeles Superior Court, Case No. BC645493]<br><br>**ORDER TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**[Joint Stipulation Requesting Dismissal Filed And Submitted Under Separate Cover Concurrently Herewith]**<br><br>Courtroom:  9A |

Pursuant to concurrently submitted Stipulation by and between all the parties through their counsel of record, and **FOR GOOD CAUSE SHOWN**, it is hereby **ORDERED** that:

1.    That the above-captioned action, in its entirety, be hereby voluntarily dismissed, **with prejudice**, in its entirety, pursuant to FRCP 41(a)(1)(A)(ii).

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 21, 2017

_____
The Honorable Percy Anderson
United States District Judge

Submitted by:

Sean A. O'Brien, State Bar No. 133154
E-mail: sao@paynefears.com
Laura Fleming, State Bar No. 219287
E-mail: lf@paynefears.com

PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants former ABM ONSITE SERVICES–WEST, INC. dba and ABM INDUSTRIES INCORPORATED d/b/a ABM PARKING SERVICES

4817-7811-9000 v.1.docx

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE